## ROBERT RIGHT *v.* KIMBERLY BREEN

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 583 (AC 24613), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the plaintiff was entitled to nominal damages and costs?

"2. If the answer to question one is 'yes,' should this court overrule *Keller* v. *Carone*, 138 Conn. 405, 85 A.2d 489 (1951)?"

The Supreme Court docket number is SC 17439.

*Andrew H. Sharp*, in support of the petition.

Decided June 7, 2005

## WALTER T. MCCUE ET AL. *v.* ELISABETH W. BIRMINGHAM ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 88 Conn. App. 630 (AC 25413), is denied.

*William T. Barrante*, in support of the petition.

Decided June 7, 2005

## BRUCE H. GRESCZYK, COMMISSIONER OF AGRICULTURE *v.* VIRGINIA LANDIS ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 26260) is denied.

*William R. Moller*, in support of the petition.

*Philip Miller*, assistant attorney general, in opposition.

Decided June 7, 2005